PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIT SINGH, | CASE NO.  2:22-CV-01779-JAM-JDP |
| Plaintiff, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| SANDRA ANDERSON, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This case concerns Plaintiff's request to U.S. Citizenship and Immigration Services (USCIS) to issue a Notice to Appear (NTA).  The parties anticipate that USCIS will soon issue the requested NTA, thereby rendering this lawsuit moot.

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 10, 2023.  The parties further request that all other filing deadlines be similarly extended.

///

///

///

///

1

Respectfully submitted,


Dated:  December 12, 2022                              PHILLIP A. TALBERT
                                                                        United States Attorney


                                                              By:   /s/ ELLIOT C. WONG
                                                                        ELLIOT C. WONG
                                                                        Assistant United States Attorney



                                                                        /s/ JOSEPH JOHN SIGUENZA
                                                                        JOSEPH JOHN SIGUENZA
                                                                        Counsel for Plaintiff



                                              ORDER

          IT IS SO ORDERED.


Dated:  December 12, 2022                         /s/ John A. Mendez
                                                                  THE HONORABLE JOHN A. MENDEZ
                                                                  SENIOR UNITED STATES DISTRICT JUDGE